UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

MICHAEL GARCIA
_____

(In the space above enter the full name(s) of the plaintiff(s).)

v.

Defendant No. 1  SERGEANT R. FURNIA
Defendant No. 2  OTHER CORRECTIONAL OFFICIAL
Defendant No. 3
Defendant No. 4
Defendant No. 5

(In the space above enter the full name(s) of the defendant(s). If you cannot fit the names of all of the defendants in the space provided, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed in the above caption must be identical to those contained in Part I. No addresses should be included here.)

U.S. DISTRICT COURT - N.D. OF N.Y.
FILED
JUN -7 2012
AT____ O'CLOCK____
Lawrence K. Baerman, Clerk - Syracuse

COMPLAINT
under the
Civil Rights Act, 42 U.S.C. § 1983

Jury Trial: Yes ✓   No ___
(check one)

9:12-CV-924

I. Parties in this complaint:

A. List your name, identification number, and the name and address of your current place of confinement. Do the same for any additional plaintiffs named. Attach additional sheets of paper as necessary.

Plaintiff   Name MICHAEL GARCIA
ID # 04A-1214
Current Institution CLINTON MAIN CORRECTIONAL FACILITY
Address P.O. BOX 2001
DANNEMORA NY 12929

B. List all defendants' names, positions, places of employment, and the address where each defendant may be served. Make sure that the defendant(s) listed below are identical to those contained in the above caption. Attach additional sheets of paper as necessary.

1

Defendant No. 1   Name SERGEANT R. FURNIA Shield #_____
Where Currently Employed CLINTON MAIN CORRECTIONAL
Address FACILITY P.O. BOX 2001
DANNEMORA N.Y. 12929

Defendant No. 2   Name OTHER CORRECTIONAL OFFICIALS Shield #_____
Where Currently Employed CLINTON MAIN CORRECTIONAL
Address FACILITY P.O. BOX 2001
DANNEMORA N.Y. 12929

Defendant No. 3   Name _____ Shield #_____
Where Currently Employed _____
Address _____

Defendant No. 4   Name _____ Shield #_____
Where Currently Employed _____
Address _____

Defendant No. 5   Name _____ Shield #_____
Where Currently Employed _____
Address _____

II.   Statement of Claim:

State as briefly as possible the <u>facts</u> of your case. Describe how each of the defendants named in the caption of this complaint is involved in this action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Attach additional sheets of paper as necessary.

A.   In what institution did the events giving rise to your claim(s) occur? CLINTON MAIN CORRECTIONAL FACILITY

B.   Where in the institution did the events giving rise to your claim(s) occur? E-1 COMPANY ADMINISTRATIVE PUNITIVE SEGRATION KEEP LOCK UNIT CELL # 21

C.   What date and approximate time did the events giving rise to your claim(s) occur? DATED ON THE 9TH DAY OF JUNE 2011 AT APPROXIMATELY 12:15 AFTER NOON

Plaintiff Garcia 04A-1214 formally request this court located at United States Northern District of New York James.F Hanley Federal Building 100 S Clinton Street P.O. Box 7367 Syracuse NY 13261-7367. To please take plaintiff Garcia statements and concerns into consideration and all litigation aswell also mitigating factors.

1. Plaintiff Garcia brings forth this complaint currently to your attention with respect and to your services aswell also justice in the court of law regards to deliberate, and indifferen crule an unusal punishment, and also stipulates constitutional rights, that were violated by correctional official(s) in violation under the 8th Amendment right acting in their individual and official capacity under the color of state law against plaintiff Garcia while confined in New York State Clinton Correctional Facility).

2. Plaintiff Garcia contends that prior going to the hearing that was commenced against him on the 13th day of June 2011 at approximately 7:50 am.

3. Plaintiff Garcia states that upon being escorted from out of the mess hall relevantly relating to his alleged acts of his behavior dated: on the 9th day of June 2011, plaintiff Garcia was physically assulted and brutely beatten while residing his presence at E-1 company cell #21 administrative punitive segration keeplock unit). SEE EXHIBIT A MEDICAL EXAMINATION, DOCUMENTS

4. Plaintiff Garcia furthermore states that thereafter relating on this 10TH day of June 2011, plaintiff Garcia instituted his grievance complaint on the same day after being brutely beatten by correctional SGT. R. Furnia and other correctional official(s) who was at plaintiff Garcia cell# location, located at E-1 company cell# 21 administrative punitive segregation keep lock unit) is were plaintiff Garcia was left re-maining inside of his cell# for three (3) day's deliberately being deprived medical assistance by other correctional official(s) who were assigned to this mentioned and stipulated above housing area.

5. HOWEVER plaintiff Garcia further contends that he has previously established relevant proof as to his original grievance's being instituted on the 10TH day of June 2011, in which it was not acknowleged by the grievance committee.

6. Plaintiff Garcia further states that he instituted his grievance on the 13TH day of June 2011 for the third try in which it was not acknowlege by the grievance committee until the 20TH day of June 2011.

7. Plaintiff Garcia contends that upon going to his institutional hearing on the 13th day of June 2011 Plaintiff Garcia was recognized with blood stains blotted around his eyes by the Lieutenant Kelly who had began to commence Plaintiff Garcia institutional hearing but instead, suggested to have him taken to medical.

8. Plaintiff Garcia further states that because he was solely seen by medical on the 13th day of June 2011. And in which he was not seen by medical relevantly relating to the day of the incident of his injuries, Plaintiff Garcia was rejected by his grievance complaint being not timely and appropriate to his claim.

SEE EXHIBIT (B)
ATTACHMENT(S) OF
MULTIPLES GRIEVANCES

D. Facts: _____

**What happened to you?**

**Who did what?**

**Was anyone else involved?**

**Who else saw what happened?**

[Lined space with large X crossing out the section]

## III. Injuries:

If you sustained injuries related to the events alleged above, describe them and state what medical treatment, if any, you required and received. PLAINTIFF GARCIA SUSTAINED MULTIPLE ABRASION TO HIS BODY AND BLOTTED BLOOD STAINS TO HIS FORE HEAD AREA ASWELL ALSO ABRASIONS TO HIS RIGHT EYE.

## IV. Exhaustion of Administrative Remedies:

The Prison Litigation Reform Act of 1995, 42 U.S.C. § 1997e(a), requires that "[n]o action shall be brought with respect to prison conditions under section 1983 of this title, or any other Federal law, by a prisoner confined in any jail, prison, or other correctional facility until such administrative remedies as are available are exhausted." Administrative remedies are also known as grievance procedures.

A. Did your claim(s) arise while you were confined in a jail, prison, or other correctional facility?
Yes ✓ No ___

3

4. Plaintiff Garcia furthermore states that thereafter relating on this 10th day of June 2011, plaintiff Garcia instituted his grievance complaint on the same day after being brutely beatten by correctional Sgt. ▓▓▓ R. Furnia and other correctional official(s) who was at plaintiff Garcia cell# location, located at E-1 company cell# 21 administrative punitive segration (keep lock unit) is were plaintiff Garcia was left re-maining inside of his cell# for three day's deliberately being deprived medical assistance by other correctional official(s) who were assigned to this mentioned and stipulated above housing area.

5. However plaintiff Garcia further contends that he has previously established relevant proof as to his original grievances being instituted on the 10th day of June 2011, in which it was not acknowleged by the grievance committee.

6. Plaintiff Garcia further states that he instituted his grievance on the 13th day of June 2011 for the third try in which it was not acknowlege by the grievance committee until the 20th day of June 2011.

| STATE OF NEW YORK DEPARTMENT OF CORRECTIONS AND COMMUNITY SUPERVISION | Grievance Number<br>CL-61210-11 | Desig./Code<br>I/49 | Date Filed<br>6/20/11 |
|---|---|---|---|
| | Associated Cases | | |
| | Facility<br>Clinton Correctional Facility | | |
| INMATE GRIEVANCE PROGRAM<br>CENTRAL OFFICE REVIEW COMMITTEE | Title of Grievance<br>Assault By Staff | | |

10/5/11

**GRIEVANT'S REQUEST UNANIMOUSLY ACCEPTED IN PART**

Upon full hearing of the facts and circumstances in the instant case, the action requested herein is hereby accepted only to the extent that CORC upholds the determination of the Superintendent for the reasons stated.

CORC notes that the facility administration has conducted a proper investigation. Sgt. F... and CO F... deny assaulting the grievant on 6/9/11, and it is noted that he did not report any injuries until 6/13/11. Only superficial abrasions were noted, and CORC has not been presented with sufficient evidence to substantiate any malfeasance by staff.

Further, the grievant was issued a MBR for his actions, the facts and circumstances of which were reviewable at the disciplinary proceedings and upon appeal.

With regard to the grievant's appeal, CORC notes that the investigation was conducted in accordance with Directive #4040.

RAL/cl
--------------------------------------------------------------------------------
--------------------------------------------------------------------------------

This document has been electronically signed by Karen R. Bellamy

To: Inmate Grievance Program Supervisor    7/8/11
From: Michael Garcia # 04-A-1214    E-1-21
Subject: Filed Grievance

    I Michael Garcia #04A1214 am Humbly Requesting your assistance on obtaining Information on a Grievance I wrote on June 13, 2011 & filed on June 20. The Grievance complaint CL #61210-11. I have not received any response from anyone at Grievance of the matter being Investigated.

    Any & All Help on this matter will be greatly appreciated.

Respectfully

*[signature]*

Michael Garcia
04-A-1214
E Block-1-21

CL-61210-11 "Alleged assault" filed 6-20-11 currently pending a response from the Superintendent.

To: Whom It may concern        June. 10, 2011
  at; Grievance

    I Michael Garcia 04-A-1214 am notify you on a sitution that transpir on June. 9, 2011, I was taken to E-Block by Sgt. R. Furnia & other officer for Disciplinary action & Before I was taken to my cell E-1-21 I was attack by Sgt. Furnia & other officers. I've been harass by Sgt. Furnia on several occasions he was very upset due to the results of two other ticket I received at this facility. The misbehavior report for June. 9, 2011 is clearly for retaliation purpose. I Requested medical attention, The Sgt. & other officers refused my request. I humbly request that this incident be <u>Investigated</u>.

    Any & All Help on this matter will be greatly appreciated.

Respectfully

Michael Garcia
04-A-1214
E-1-21

CL-61210-11  (49) alleged assault

To: Whom It May Concern;
at; Grievance

DATE FILED June 13, 2011
JUN 20 2011

I Michael Garcia 04-A-1214 am notify you in a situation that transpir on June 9 2011 I was taken to E-Block by sgt. R. Furnia & other officer for (Disciplinary actions), & before I was taken to my cell E-1-21 I was attack by sgt. Furnia & other officers. I've been harass by sgt. Furnia on several occasions he was very upset due to the results of two other tickets at this facility. The Disciplinary actions he has taken for June 9, 2011 is clearly for the purpose of Retaliation. The misbehavior report has many inconsistent statements. In the misbehavior report were he stated I was directed out of the East messhall & escorted to E-1-21 keeplock) with out further incident. After the Attack I requested Medical attention. I didn't received medical attention till 4 days later June 13, 2011 I was taken to the hospital from the (Tier-hearing) I humbly requesting that this incident be "investigated".
(Any & All Help will be greatly appreciated)
"Respectfully"

Michael Garcia
04-A-1214
E(BLOCK)-1-21

RECEIVED
JUN 20 2011
INMATE GRIEVANCE

FORM 1595 (07/10)   STATE OF NEW YORK - DEPARTMENT OF CORRECTIONAL SERVICES

## C-9 INMATE INJURY REPORT

| Facility | Date of Injury | Time of Injury | Location Injury Occured |
|---|---|---|---|
| CCF | 6-13-11 | 12 PM - 1 PM | E-3 Company Flat |

| Inmate Name | DIN | Housing location |
|---|---|---|
| Garcia, Michael | 04A1214 | E-1-21 |

**What was cause of inmate's injury?** Alledged Assault by Staff

**Inmate's statement:** "I was punched and kicked by a Sgt and some COs."

Inmate's Signature: Michael Garcia    Date: 6-13-11

**Witnesses:**

**Reporting Employee:** Bob Fitzgerald   **Title:** RN II

### FACILITY HEALTH SERVICE REPORT

| Date injury reported: | Time: AM/PM | Description of injury: |
|---|---|---|
| 6-13-11 | 8:35 AM | 124/90  NJS: WNL |

Inmate has superficial abrasions on legs, above (R) eye, behind Left Elbow Noted Below

[Body diagram annotations: Scratches/Bruise; ∠1" Abrasion; Front; Back; Abras 10" 3½" Long; ≤½" Abrasion; Bruise + Scratches; OD (Right); OS (Left)]

| Date of medical examination: | Time: |
|---|---|
| 6-13-11 | 835 AM |

**Services Provided:** Snelling Exam (L) 20/70 (R) 20/70 uncorrected Ø c/o visual impairment - wears glasses   OTC Tylenol

| Was inmate admitted to facility infirmary? | Outside hospital? If yes where? | PCP on site evaluation? | Telemed Evaluation? |
|---|---|---|---|
| ☐ YES ☐ NO | ☐ YES ☐ NO | ☐ YES ☐ NO | ☐ YES ☐ NO |

**Name and title of person furnishing treatment at facility:**

Signature: /s/   Print: R Fitzgerald   Title: RN II

This form is to be forwarded to the Fire & Safety Officer within 24 hours for review and filing.   White - Medical Chart   Yellow - Fire & Safety

*Attach a memorandum if additional information is needed for the description of injury.

Hosp./4

3105A3 (9/09)

STATE OF NEW YORK - DEPARTMENT OF CORRECTIONAL SERVICES
**AMBULATORY HEALTH RECORD PROGRESS NOTE**

Name: GARCIA, M  DIN: 04A1214  Date of Birth: ___  Facility Name: ___

**Entry 1**

Subjective: no c/o at [illegible]

Objective: ___

Assessment: renewal

Plan: ___

Last Name: ___
DIN: ___
Location: IE 24
Date: 1/3/11
Time: ___

Provider Orders:
① Colace 200 BID x wk then x 6
② multivit + ferrous [illegible] — × [illegible]

Signature/Provider #: ___   RN Transcribing Order/Provider #/Date/Time: ___

**Entry 2**

Subjective: Alledge Assault by staff on

Objective: ___

Assessment: Multiple superficial Abrasions Leg, Elbow and on Shoulder + bruise Abrasion on ® eyebrow swelling ® uncorrected Ⓛ 20/50 ® 20/70

Plan: ___

Last Name: Garcia
DIN: 04A1214  Location: ___
Date: 6-13-11  Time: ___

Provider Orders: Tylenol OTC
BP 124/80
NVS WNL
A+O+

Signature/Provider #: ___ 287   RN Transcribing Order/Provider #/Date/Time: ___

**Entry 3**

Subjective: ___

Objective: ___

Assessment: ___

Plan: ___

Last Name: ___
DIN: ___  Location: ___
Date: ___  Time: ___
Provider Orders: ___

Signature/Provider #: ___   RN Transcribing Order/Provider #/Date/Time: ___

Continue entry into next box if necessary.

| STATE OF NEW YORK DEPARTMENT OF CORRECTIONS AND COMMUNITY SUPERVISION | Grievance Number<br>CL-61210-11 | Desig./Code<br>I/49 | Date Filed<br>6/20/11 |
|---|---|---|---|
| | Associated Cases | | |
| | Facility<br>Clinton Correctional Facility | | |
| INMATE GRIEVANCE PROGRAM<br>CENTRAL OFFICE REVIEW COMMITTEE | Title of Grievance<br>Assault By Staff | | |

10/5/11

**GRIEVANT'S REQUEST UNANIMOUSLY ACCEPTED IN PART**

Upon full hearing of the facts and circumstances in the instant case, the action requested herein is hereby accepted only to the extent that CORC upholds the determination of the Superintendent for the reasons stated.

CORC notes that the facility administration has conducted a proper investigation. Sgt. F... and CO F... deny assaulting the grievant on 6/9/11, and it is noted that he did not report any injuries until 6/13/11. Only superficial abrasions were noted, and CORC has not been presented with sufficient evidence to substantiate any malfeasance by staff.

Further, the grievant was issued a MBR for his actions, the facts and circumstances of which were reviewable at the disciplinary proceedings and upon appeal.

With regard to the grievant's appeal, CORC notes that the investigation was conducted in accordance with Directive #4040.

RAL/cl

----

This document has been electronically signed by Karen R. Bellamy

To: Inmate Grievance Program Supervisor          7/8/11
From: Michael Garcia # 04-A-1214    E-1-21
Subject: Filed Grievance

    I Michael Garcia #04A1214 am Humbly Requesting your assistance on obtaining Information on a Grievance I Wrote on June 13, 2011 & Filed on June 20. The Grievance complaint CL #61210-11. I have not received any response from Anyone at Grievance of the matter being Investigated.

    Any & All Help on this matter will be greatly appreciated.

    Respectfully

    *Michael Garcia*
    Michael Garcia
    04-A-1214
    E Block-1-21

CL-61210-11 "Alleged assault" filed 6-20-11 currently pending a response from the Superintendent.

To: Whom It may concern        June. 10, 2011
at; Grievance

    I Michael Garcia 04-A-1214 am notify you on a situation that transpir on June. 9, 2011, I was Taken to E-Block by Sgt. R. Furnia & other officer for Disciplinary action & Before I was taken to my cell E-1-21 I was attack by sgt. Furnia & other officers. I've been harass by sgt. Furina on several occasions he was very upset due to the results of two other ticket I received at this facility. The misbehavior report for June. 9, 2011 is clearly for retaliation purpose. I Requested medical attention, The sgt. & other officers refused my request. I humbly request that this incident be Investigated.

    Any & All Help on this matter will be greatly appreciated.

Respectfully

Michael Garcia
Michael Garcia
04-A-1214
E-1-21

CL-61210-11  (UA) alleged assault

To: Whom It may concern;
at; Grievance

DATE FILED June 13, 2011

JUN 20 2011

I Michael Garcia 04-A-1214 am notify you in a situation that transpir on June. 9 2011 I was taken to E-Block by sgt. R. Furnia & other officer for (Disciplinary actions), & before I was taken to my cell E-1-21 I was Attack by sgt. Furnia & other officers. I've been harass by sgt. Furnia on several occasions he was very upset due to the results of two other tickets at this facility. The Disciplinary Actions he has taken for June 9, 2011 is clearly for the purpose of Retaliation. The misbehavior report Has many inconsistent statements. In the misbehavior report were he stated I was directed out of the East messhall & escorted to E-1-21 keeplock) with out further incident. After the Attack I requested Medical Attention. I didn't received medical attention till 4 days later June 13, 2011 I was taken to the hospital from the (Tier-hearing) I humbly requesting that this incident be "investigated".
(ANy & All Help will be greatly appreciated)
"Respectfully"

Michael Garcia
04-A-1214
E(BLOCK)-1-21

RECEIVED
JUN 20 2011
INMATE GRIEVANCE

PLAINTIFF GARCIA FURTHER SUPPORTS HIS CLAIM RELEVANTLY TO CASE LAW, LEGAL ARGUMENT:

PLAINTIFF GARCIA STATES THAT HIS CONSTITUTIONAL RIGHTS WERE CLEARLY VIOLATED UNDER THE 8TH-AMENDMENT REGARDS CRUEL, UNUSUAL PUNISHMENT THAT WAS ESTABLISHED AGAINST PLAINTIFF GARCIA BY CORRECTIONAL ███ R. FURNIA, OTHER CORRECTIONAL OFFICIAL WAS UNJUSTIFIED INFLICTION THAT ESTABLISH LIABILITY. SEE TERRY EX REL. TERRY V. HILL, 232 F. SUPP. 2D 934, 943-44 (E.D. ARK 2002

PLAINTIFF GARCIA CONTENDS THAT HE PREVIOUSLY STIPULATED WITHIN HIS COMPLAINT UNDER THIS CIVIL RIGHT ACT, 42 U.S.C. 1983 BEING RELEVANT TO HIS PHYSICAL ASSAULT ASWELL ALSO STIPULATING DELIBERATE INDIFFERENCE ASTO BEING DEPRIVED MEDICAL ASSISTANCE UNTIL PLAINTIFF GARCIA WAS BROUGHT OUT OF HIS ███ CELL# LOCATION FOR THE SOLE PURPOSE DUE TO HIS INSTITUTIONAL HEARING. PLAINTIFF GARCIA SUFFERED AND SUSTAINED MULTIPLE MEDICAL INJURIES, INWHICH HE SHOULD NOT HAVE BEEN SUBJECTED AT ALL TO CORRECTIONAL ███ R. FURNIA, AND OTHER CORRECTIONAL OFFICIAL PHYSICAL BRUTALITY OF ASSAULT REGARDLESS TO PLAINTIFF GARCIA RECEIVING MEDICAL TREATMENT OR/NOT. (SEE) WATFORD V. BRUCE, 126 F. SUPP. 2D 425, 427 (E.D. VA. 2001